| Campos v Gramercy 1860, LLC |
|:---:|
| 2025 NY Slip Op 32072(U) |
| June 11, 2025 |
| Supreme Court, New York County |
| Docket Number: Index No. 155351/2020 |
| Judge: Sabrina Kraus |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

Opinion withdrawn from publication
by the State Reporter.